UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MONIKA MADORIYA, :
:
                Plaintiff, :
: 25-CV-7253 (JMF)
    -v- :
: ORDER
POLLACK, POLLACK, ISAAC & DECICCO, LLP, et :
al., :
:
                Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On **September 9, 2025**, Defendants were served with the Complaint, and proof of service was filed with the Court. *See* ECF Nos. 11, 12. To date, Defendants have failed to appear in this action. No later than **October 9, 2025**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendants or if she has any other reason to believe that Defendants have actual notice of this lawsuit.

      Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      SO ORDERED.

Dated: October 2, 2025
       New York, New York
                                                JESSE M. FURMAN
                                             United States District Judge